**RA C&J ReimerArnovitz Chernek&Jeffrey**
ATTORNEYS AT LAW

Reimer, Arnovitz, Chernek & Jeffrey Co., L.P.A.
P.O. Box 39696
30455 Solon Road
Solon, OH 44139
Voice 440.600.5500
Bankruptcy Fax 440.600.5521
Foreclosure Fax 440.600.5520

WT000061387

January 5, 2016

Tina Todaro\Occupant
12908 Oakview Boulevard
Garfield Heights, Ohio 44125

RE:   The Huntington National Bank
      -vs-
      Tina M. Todaro, et al.
      **12908 Oakview Boulevard in Garfield Heights, Ohio 44125**
      Case No.: CV15840048
      File No. EV16-00002

# NOTICE TO VACATE PROPERTY

**PLEASE BE ADVISED** that **THE HUNTINGTON NATIONAL BANK** now owns the property known as **12908 Oakview Boulevard in Garfield Heights, Ohio 44125** ("Premises") by virtue of Sheriffs sale held **November 16, 2015** in the above captioned matter.

**PLEASE BE FURTHER ADVISED** that, as a Courtesy only, an eviction action seeking possession of the premises will not be commenced pursuant to applicable Ohio state law any earlier than seven (7) days from the date of this Courtesy Notice **(although Ohio state law does not require any advance notice be given)**.

Demand is hereby made that you either vacate the premises voluntarily **OR** call our office immediately: telephone number **440-600-5500 EXT 143** to discuss your occupancy.

**IMPORTANT NOTICE TO SERVICEMEMBERS & THEIR DEPENDENTS: Protections Under the Servicemembers Civil Relief Act**

      If you are a Servicemember on "Active Duty" or "Active Service", or a Dependent of such a Servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 USC App. 501-596), as amended, (the "SCRA") and, possibly certain related state statutes.    **Eligible service can include:**

1.   active duty (as defined in section 101 (d)(1) of title 10, United States code) w/the Army, Navy, Air Force, Marine Corps or Coast Guard;

2.   active service with the National Guard;

3. active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

4. active service as a commissioned officer of the Public Health Service; or

5. service with the forces of a nation with which the United States is allied in the prosecution of a war or a military action.

**If** you are such a Servicemember, or a dependent of such a Servicemember, please contact the undersigned within seven (7) days of the date on this Courtesy Notice.

**This Courtesy Notice does not create any rights, implied or otherwise, that do not exist under state law, nor does this Courtesy Notice give rise to a tenancy of any type.**

Very truly yours,

REIMER, ARNOVITZ, CHERNEK & JEFFREY CO., L.P.A.

Douglas A. Haessig
Peter L. Mehler
DAH/gjw