# NOTICE TO LEAVE PREMISES
## Within Three (3) Days

TO: TINA TODARO

I wish for you to LEAVE the following described premises, now occupied by you, situated in the City of Garfield Heights, County of Cuyahoga, and State of Ohio, and known as: 12908 Oakview Boulevard in Garfield Heights, Ohio 44125 together with the Lot of Land on which said dwelling is situated. Permanent Parcel No. 545-30-103.

The subject property was purchased by **The Huntington National Bank** at Sheriff's Sale on **November 16, 2015** in Cuyahoga County Court of Common Pleas Case No. CV15840048.

You occupy said property without color of title. You have no rental agreement of any kind with **The Huntington National Bank** and no rent has been paid to it nor received by it. Possession of the premises is being unlawfully detained by you.

Your compliance with this notice within THREE (3) days after its service will prevent any legal measures being taken by the undersigned to obtain possession.

**YOU ARE BEING ASKED TO LEAVE THE PREMISES. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT REGARDING YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

REIMER, ARNOVITZ, CHERNEK & JEFFREY CO., L.P.A.
Douglas A. Haessig (0079200)
30455 Solon Road
Solon, Ohio 44139
Phone: (440) 600-5500 ext. 143
Fax: (440) 600-5536

Dated this 29TH day of FEBRUARY, 2016

X _____
Signature of 3-day Representative

*Handwritten notes:*
* Get Certified copy of 2-17-16 Entry granting 90 days
Clerks Office
* Mail them copy of Cert. copy & you red stamped